# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 20, 2026

_____

RESPONSE REQUESTED

_____

No. 26-1437,    Cameron Johnson v. A. Fleming
                3:25-cv-00407-RCY

TO:    John Jumper
       James W. Ring
       Donald L. Unmussig
       A. Scott Fleming

RESPONSE DUE: 04/27/2026

Response is required to the motion for injunctive relief pending appeal on or before 04/27/2026.

T. Barton, Deputy Clerk
804-916-2702