UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1437
(3:25-cv-00407-RCY)

———————————

CAMERON JOHNSON; LUKE THOMAS; TRACE STEVENS

      Plaintiffs - Appellants

v.

A. SCOTT FLEMING, in his official capacity as the Director of the State Council of Higher Education for Virginia; JOHN JUMPER, in his official capacity as the Chair of the State Council of Higher Education for Virginia; JAMES W. RING, Major General, in his official capacity as The Adjutant General of Virginia; DONALD L. UNMUSSIG, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs

      Defendants - Appellees

———————————

O R D E R

———————————

Upon consideration of submissions relative to appellants' motion for an injunction pending appeal, the court denies the motion.

Entered at the direction of Judge Thacker with the concurrence of Chief Judge Diaz and Judge Harris.

      For the Court

      /s/ Nwamaka Anowi, Clerk