No. 26-1437

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CAMERON JOHNSON, ET AL.,

*Plaintiffs-Appellants*,

v.

A. SCOTT FLEMING, in his official capacity as the Director of the State Council of Higher Education for Virginia, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Eastern District of Virginia

# MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' RESPONSE BRIEF

Pursuant to Local Rule 31(c), Appellees respectfully move this Court for an extension of time to file their Response Brief. They request a seventeen-day extension of their deadline from June 23, 2026, to July 10, 2026, to accommodate previously-scheduled leave covering ten business days and also including two holidays, previously-scheduled matters in other cases, and a new deadline in this case to respond to Appellants' motion to expedite the appeal. Appellants' motion to expedite

the appeal is not well-founded, and they filed it yesterday well aware that Appellees had previously-scheduled leave, had previously-scheduled matters in other cases, and were accordingly seeking an extension. Appellees state the following in support of this motion:

1. On April 14, 2026, this Court entered its Briefing Order, with Appellants' Opening Brief and the Joint Appendix due on May 26, 2026, Appellees' Response Brief due on June 23, 2026, and Appellants' Reply Brief (if any) due within twenty-one days of service of the Response Brief. ECF No. 3.

2. On April 21, 2026—one week after receiving this Court's Briefing Schedule—Appellees' counsel asked Appellants' counsel if they would consent to an extension of their Response Brief's deadline to July 10, 2026, "[o]n account of previously-scheduled leave time and previously-scheduled matters in other cases[.]" **Exhibit A** (OAG Email to ADF (2:36 p.m. on Apr. 21, 2026)).

3. Appellants' counsel responded that they "want[ed] to be considerate of other deadlines and leave," and were "happy to consider consenting to reasonable extensions to the merits-briefing deadlines," but "at this point" were "not sure what the appeal timeline will ultimately

look like and d[id]n't want to burden the Court with unnecessary extension requests." **Exhibit A** (ADF Email to OAG (4:51 p.m. on Apr. 21, 2026)). Appellants' counsel asked to "wait[] to submit any extension requests related to the merits briefing until we see how the motion for an injunction pending appeal"—which Appellants had filed, and Appellees opposed—"plays out." *Id.*

4. On May 18, 2026, Appellees' counsel followed up with Appellants' counsel regarding their consent to the requested extension, "[m]indful that Appellants' opening brief is due Tuesday, May 26, and that we will then begin cutting into the time to prepare [the] Appellees' brief." **Exhibit A** (OAG Email to ADF (2:38 p.m. on May 18, 2026)).

5. After that communication, this Court denied Appellants' motion for an injunction pending appeal. ECF No. 23.

6. After this Court denied Appellants' motion for an injunction pending appeal, ECF No. 23, Appellants' counsel responded to Appellees' counsel that they "take no position on the requested extension," **Exhibit A** (ADF Email to OAG (4:18 p.m. on May 18, 2026)).

7. The next morning, however, Appellants' counsel shared a fully-drafted motion to expedite the appeal—keeping the deadline for

Appellees' Response Brief at June 23, 2026—and indicated that they would file it by close of business. **Exhibit B** (ADF Email to OAG (10:04 a.m. on May 19, 2026)). Appellants' counsel said they were filing their motion to expedite the appeal "[i]n light of the Fourth Circuit's denial of [their motion for] an injunction pending appeal[.]" *Id.* They filed it that afternoon. ECF No. 24.

8. Appellants' motion to expedite the appeal is not well-founded.

9. Appellants' motion to expedite the appeal is not justified by this Court's denial of Appellants' motion for an injunction pending appeal.

10. Appellees respectfully request a seventeen-day extension of time to file their Response Brief, so that it would be due on July 10, 2026.

11. Local Rule 31(c) provides that this Court may, upon motion, extend the times prescribed for filing briefs.

12. There is good cause for Appellees' requested extension, and this motion is not made for any improper purpose. An extension is appropriate to accommodate Appellees' counsel's previously-scheduled leave, holiday, and a matter in another case occurring in the time between the anticipated filing of Appellants' Opening Brief on May 26,

2026, and the presently-scheduled deadline for filing Appellees' Response Brief on June 23, 2026. The requested extension is also appropriate to accommodate Appellees' previously-scheduled holiday and matters in other cases occurring soon after the presently-scheduled deadline of June 23, 2026. In addition, Appellants' intervening motion to expedite the appeal presents Appellees with a new filing deadline in this case that will overlap the time they have to prepare their Response Brief.

13. On Thursday, May 28, 2026, Appellees' counsel has a reply brief due in support of a motion for summary judgment in *United States of America v. Commonwealth of Virginia*, No. 3:25-cv-01067 (E.D. Va.).[1]

14. On Friday, May 29, 2026, Appellees' response to the Appellants' motion to expedite the appeal will be due unless otherwise ordered by this Court. Rule 27(3)(A).

15. From Monday, June 8, 2026, to Thursday, June 18, 2026, Appellees' counsel has previously-scheduled vacation leave to travel internationally.

[1] The deadline and hearing referenced herein from *United States of America v. Commonwealth of Virginia* were scheduled—before this Court's entry of its Briefing Order on April 14, 2026—at an initial pretrial conference of March 18, 2026, and memorialized in an Order of March 20, 2026. Order ¶¶ 3–4, ECF No. 81, *in* No. 3:25-cv-01067 (E.D. Va.).

16. On Friday, June 19, 2026, Appellees' counsel's offices are closed in honor of the Juneteenth holiday.

17. On Monday, June 21, 2026, Appellees' counsel has previously-scheduled service leave to volunteer.

18. On Thursday, June 25, 2026, Appellees' counsel has initial expert disclosures due in *Tate v. Derosha*, No. 7:25-cv-00005 (W.D. Va.).[2]

19. On Friday, July 3, 2026, Appellees' counsel's offices are closed in honor of Independence Day.

20. On Tuesday, July 7, 2026, Appellees' counsel will be presenting oral argument on cross-motions for summary judgment in *United States of America v. Commonwealth of Virginia*, No. 3:25-cv-01067 (E.D. Va.).

21. Appellants will not be prejudiced by a seventeen-day extension of the deadline for Appellees' Response Brief, from June 23, 2026, to July 10, 2026, to accommodate Appellees' counsel's previously-scheduled leave time, previously-scheduled matters in other cases, and

[2] This deadline was scheduled—before this Court's entry of its Briefing Order on April 14, 2026—in an Order of December 5, 2025. Order 1, ECF No. 45, *in Tate v. Derosha*, No. 7:25-cv-00005 (W.D. Va.).

intervening deadline to respond to Appellants' motion to expedite the appeal.

22. Maintaining the existing deadline of June 23, 2026, for Appellees' Response Brief, however, will prejudice Appellees in their defense of this appeal.

WHEREFORE, Appellees respectfully request that this Court grant their motion and extend the deadline to file their Response Brief to July 10, 2026.

Respectfully submitted,

/s/ Robert S. Claiborne, Jr.


ROBERT S. CLAIBORNE, JR.
CHRISTOPHER P. BERNHARDT
*Assistant Attorneys General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 482-2275 – Telephone
(804) 371-2087 – Facsimile
rclaibornejr@oag.state.va.us
cbernhardt@oag.state.va.us

*Counsel for Appellees*

JAY JONES
*Attorney General*

GRETCHEN E. NYGAARD
*Deputy Attorney General*

JACQUELINE C. HEDBLOM
*Senior Assistant Attorney General/Trial Section Chief*

CALVIN C. BROWN
*Senior Assistant Attorney General/Civil Unit Manager*


April 27, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Rule 27(d)(2)(A) because it does not exceed 5,200 words, and this motion complies with the typeface and type-style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

/s/ Robert S. Claiborne, Jr.
ROBERT S. CLAIBORNE, JR.
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Robert S. Claiborne, Jr.
ROBERT S. CLAIBORNE, JR.
*Assistant Attorney General*