No. 26-1437

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

CAMERON JOHNSON; LUKE THOMAS; and TRACE STEVENS,

*Plaintiffs-Appellants*,

v.

A. SCOTT FLEMING, in his official capacity as the Director of the State Council of Higher Education for Virginia; JOHN JUMPER, in his official capacity as the Chair of the State Council of Higher Education for Virginia; MAJOR GENERAL JAMES W. RING, in his official capacity as the Adjutant General of Virginia; and DONALD L. UNMUSSIG, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 3:25-cv-00407-RCY

## APPELLANTS' RESPONSE TO APPELLEES' MOTION FOR EXTENSION OF TIME

James A. Campbell
Jacob E. Reed
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
jcampbell@ADFlegal.org
jreed@ADFlegal.org

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Ryan J. Tucker
Jeremiah J. Galus
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org
jgalus@ADFlegal.org

David A. Cortman
Rory T. Gray
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville GA 30043
(770) 339-0774
dcortman@ADFlegal.org
rgray@ADFflegal.org

*Counsel for Plaintiffs-Appellants*

Plaintiffs-Appellants Cameron Johnson, Luke Thomas, and Trace Stevens (the "Students") respond to Appellees' Motion for Extension of Time, ECF 25-1, as requested by the Court, ECF 26.

The Students take no position on Appellees' Motion for Extension, ECF 25-1. The Students have, however, separately requested—and continue to request—that the Court expedite the entire appeal, including through a final disposition on the merits. *See* Mot. to Expedite, ECF 24. Keeping Appellees' existing deadline of June 23, 2026, would best facilitate an expedited decision.

If the Court grants Appellees' Motion and extends their Response Brief deadline to July 10, 2026, the Students still respectfully request that the Court expedite the appeal. In that event, the Students request that the briefing schedule be adjusted similar to what was requested in their Motion to Expedite: set the Students' Reply Brief deadline for July 24, 2026 (instead of July 7, 2026) and promptly decide the case on the briefs without oral argument. *See* ECF 24.

Simply put, this appeal is urgent. The Students continue to suffer constitutional harm by being denied college grants, including for the fast-approaching 2026-27 school year. For VTAG, Cameron and Luke have a priority application deadline of July 31 but must apply no later than September 14 to even have a chance to get a fall term award. 8 Va. Admin. Code § 40-71-40(B). Trace must register by July 1 for a fall semester grant, and on or around November 1 for a spring semester

grant. Because the Court denied emergency injunctive relief, ECF 23, the Students seek expedited relief on the merits.

The Court "discourages" motions for extensions of time to file a brief and "[e]xtensions will be granted only when extraordinary circumstances exist." Local Rule 31(c). The Students recognize Defendants' counsel's previously-scheduled vacation, intervening holidays, and other deadlines in other cases. *See* Mot. for Extension, ECF 25-1 at 4–6. But the Virginia Attorney General's office employs hundreds of lawyers. And the Students' *constitutional rights* are at stake. They have been excluded from Virginia's higher education grants for well over a year and have moved expeditiously to end that unconstitutional discrimination.

The Students sought a preliminary injunction in district court nearly a year ago in hopes that they would obtain relief before the 2025-26 school year. When the district court finally ruled on that motion on March 31, 2026, they quickly appealed and asked the Court for emergency injunctive relief. *See* Em. Mot. for Inj. Pend. Appeal, ECF 14-8. When the Court denied that relief, the next day, the Students asked the Court to expedite the entire merits appeal. They did not ask to shorten Appellees' current June 23 deadline, *see* Briefing Order, ECF 3, but only to shorten their Reply Brief deadline by a week and to forego oral argument to speed resolution. *See* ECF 24.

Accordingly, to best expedite this case, the Court should keep Appellees' current June 23, 2026, deadline. But if the Court grants Appellees' Motion for Extension to July 10, 2026, the Court should nonetheless grant the Students' Motion to Expedite the entire appeal. That would include setting the Students' Reply Brief deadline to July 24, 2026, deciding the case without oral argument, and reaching a final adjudication on the merits as quickly as possible.

Respectfully submitted, Dated: May 22, 2026

<u>*s/ Jacob E. Reed*</u>


James A. Campbell
Jacob E. Reed
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
jcampbell@ADFlega.org
jreed@ADFlegal.org

Ryan J. Tucker
Jeremiah J. Galus
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org
jgalus@ADFlegal.org

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

David A. Cortman
Rory T. Gray
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville GA 30043
(770) 339-0774
dcortman@ADFlegal.org
rgray@ADFflegal.org


*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This response complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 543 words, excluding parts exempted by Fed. R. App. P. 32(f).

This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: May 22, 2026

*s/Jacob E. Reed*
Jacob E. Reed
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by that system.

*s/Jacob E. Reed*
Jacob E. Reed
*Counsel for Plaintiffs-Appellants*