UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1437
(3:25-cv-00407-RCY)

_____

CAMERON JOHNSON; LUKE THOMAS; TRACE STEVENS

       Plaintiffs – Appellants

v.

A. SCOTT FLEMING, in his official capacity as the Director of the State Council of Higher Education for Virginia; JOHN JUMPER, in his official capacity as the Chair of the State Council of Higher Education for Virginia; JAMES W. RING, Major General, in his official capacity as The Adjutant General of Virginia; DONALD L. UNMUSSIG, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs

       Defendants - Appellees

_____

O R D E R

_____

The court defers consideration of the motion to accelerate case processing pending review of the appeal on the merits and grants an extension of time in which to file the response brief. The briefing schedule is modified as follows:

Response brief due: 07/10/2026

Any reply brief due: 07/24/2026

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk