# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 25, 2026

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Cameron Johnson, et al.
v. A. Scott Fleming, Director of the State Council of Higher Education for Virginia, et al.
No. 26-240
(Your No. 26-1437)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 20, 2026 and placed on the docket August 25, 2026 as No. 26-240.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst