UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1437 Cameron Johnson v. A. Fleming

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Hall v. Fleming No. 25-1574 (4th Cir.), No. 26-193 (S. Ct.) - This case also involves a First Amendment challenge to VTAG's religious exclusion.

Johnson v. Fleming No. 26-240 (S. Ct.) - There is a petition for cert. before judgment filed in this appeal.

Signature: /s/ Holly J. Wilson Counsel for: West Virginia & 19 Other States

Date: 9/9/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)