UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 26-1437 Cameron Johnson v. A. Fleming

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Johnson v. Fleming, U.S. No. 26-240 (petition for certiorari before judgment in this case, challenge to exclusion of certain religious majors from VTAG and VANGSTAP)
Hall v. Fleming, No. 26-193 (petition for certiorari seeking review of Hall v. Fleming, No. 25-1574 (4th Cir.), challenge to exclusion of certain religious majors from VTAG)

Signature: /s/Walter M. Weber Counsel for: Amici American Center for Law &

Date: Sept. 9, 2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)