# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1437, Cameron Johnson, et al., v. A. Scot Fleming, et al.

Please select the appropriate option below:

I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

*Johnson v. Fleming*, No. 26-240 (U.S. Sup. Ct. cert. before judgment filed Aug. 20, 2026).

*Hall v. Fleming*, No. 26-193 (U.S. Sup. Ct. pet. filed Aug. 11, 2026), appeal of this Court's decision in case no. 25-1574, regarding the First Amendment's application to the Virginia Tuition Assistance Grant Program.

Signature: /s/ Michael B. Sylvester

Counsel for: The Following *Amici*

Association for Biblical Higher Education; International Alliance for Christian Education; International Association of Baptist Colleges and Universities; Association of Christian Schools International; and Cardinal Newman Society

Date: 9/10/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)