# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: 26-1437, Cameron Johnson, et al., v. A. Scott Fleming, et al.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Johnson, et al. v. Fleming, et al., No. 26-240 (U.S.), Plaintiffs-Appellants in this case have petitioned for a writ of certioari before judgment.
>
> Hall v. Fleming, No. 26-193 (U.S.), Plaintiff-Appellant petitioned for a writ of certiorari, presenting the question whether Locke v. Davey should be overruled, after this Court upheld the dismissal of her First Amendment challenge to Virginia's denial of funding for her religious vocational training program.

Signature: /s/ Robert S. Claiborne, Jr. Counsel for: Defendants-Appellees

Date: 09/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)