**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 15, 2026

---

RESPONSE REQUESTED

---

No. 26-1437, Cameron Johnson v. A. Fleming
3:25-cv-00407-RCY

TO: John Jumper
James W. Ring
Donald L. Unmussig
A. Scott Fleming

RESPONSE DUE: 09/25/2026

Response is required to the motion to submit on the briefs on or before 09/25/2026.

T. Barton, Deputy Clerk
804-916-2702