FILED: September 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1437
(3:25-cv-00407-RCY)

---

CAMERON JOHNSON; LUKE THOMAS; TRACE STEVENS

Plaintiffs - Appellants

v.

A. SCOTT FLEMING, in his official capacity as the Director of the State Council of Higher Education for Virginia; JOHN JUMPER, in his official capacity as the Chair of the State Council of Higher Education for Virginia; JAMES W. RING, Major General, in his official capacity as The Adjutant General of Virginia; DONALD L. UNMUSSIG, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs

Defendants - Appellees

------------------------------

STATE OF WEST VIRGINIA AND 19 OTHER STATES; THE AMERICAN CENTER FOR LAW AND JUSTICE; JOSHUA DAVEY; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION; INTERNATIONAL ASSOCIATION OF BAPTIST COLLEGES AND UNIVERSITIES; CARDINAL NEWMAN SOCIETY; RETIRED U.S. ARMY CHIEFS OF CHAPLAINS

Amici Supporting Appellant

# O R D E R

The court defers consideration of the motion to submit on the briefs pending assignment to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk